UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          ECF
---------------------------------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456          Index:
ANNUITY, EDUCATION & TRAINING, S.U.B.,
INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS
LOCAL UNION NO. 456,                         RULE 7.1

                                  Plaintiffs,
     -against-                           08 CIV. 6944
                                             JUDGE KARAS
CORE CONTRACTING OF NY LLC,

                                  Defendant.
---------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

        None.

Dated: July 30, 2008

                                                                     Dana L Henke
                                                                       Dana L Henke (DLH3025)
                                                                       Barnes, Iaccarino, Virginia,
                                                                       Ambinder & Shepherd
                                                                       258 Saw Mill River Road
                                                                       Elmsford, NY 10523
                                                                       (914) 592-1515